**Order entered August 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01213-CR

**ANTHONY CHAMBERLAIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-63564-M**

## ORDER

The Court **REINSTATES** the appeal.

On July 21, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On August 18, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the July 21, 2014 order requiring findings.

We **GRANT** the August 18, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE